No. 90–6862.  JACKSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–6864.  HAYES v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–6869.  SRISOOKKO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–6870.  DAVIES v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–6871.  AGOMO v. UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–6872.  TAMAYO-CARIBALLO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–6879.  SCHLOSSER v. WASHINGTON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–6881.  SMITH ET AL. v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 90–6884.  CLEMONS v. ARVONIO.  C. A. 3d Cir.  Certiorari denied.

No. 90–6885.  ALVAREZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–6889.  McCLAIN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–6892.  KEFFELER v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–6894.  MAYES ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 90–6897.  GIONGO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–6903.  SARGENT v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–6905.  QUINTERO-RUIZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–6910.  JACKSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.